IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| MARSHA W. MIGNOTT, | ) | |
|---|---|---|
| | ) | |
| Individually and on behalf of all others similarly situated | ) | APPEAL NO.: 24-10327-J |
| | ) | |
| Appellant, | ) | |
| v. | ) | |
| | ) | DISTRICT COURT DOCKET |
| STATE BAR OF GEORGIA FOUNDATION, INC., | ) | NO.: <u>1:23-CV-1834-ELR</u> |
| STATE BAR OF GEORGIA OFFICE OF THE GENERAL COUNSEL, | ) | |
| ASSISTANT GENERAL COUNSEL WILLIAM VAN HEARNBURG JR., In his Official Capacity, | ) | |
| | ) | |
| Respondents. | ) | |

## <u>APPELLANT'S CERTIFICATE OF NO TRANSCRIPT</u>

**COMES NOW** the Appellant, MARSHA W. MIGNOTT, on behalf of herself and those similarly situated, and pursuant to Federal Rules of Appellate Procedure 10(b)(1)(B) files this Certificate of No Transcript. Appellant submits that there are no hearing transcripts in the above referenced case and no transcript(s) will be ordered.

Dated: February 16, 2024

1

Respectfully submitted,

*/s/Marsha W. Mignott*
Marsha W. Mignott,
Georgia Bar No.: 141933
**THE MIGNOTT LAW GROUP, LLC**
4945 Presidents Way
Tucker, Georgia 30084
Telephone: (770) 621-5499
Facsimile: (770) 621-5496
Lawyers@mignottlaw.com
*Counsel for Appellant and*
*Putative Class Counsel*

# CERTIFICATE OF COMPLIANCE WITH FED. R. APP. P.32(a)

1. This document complies with the type-volume limitations of 27(d) because it contains 139 words, excluding the parts of the document exempted by Fed. R. App. P. 32(a)(7)(B)(iii), as calculated by the word-counting feature of Microsoft Office 365.

2. This document complies with the typeface requirements of Fed. R. App. P. 27(d) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally-spaced typeface using Microsoft Word in 14-point Times New Roman.

Dated: February 16, 2024

>*/s/Marsha W. Mignott, Esq.*
>MARSHA W. MIGNOTT (141933).
>*Attorney for Appellant and*
>*Putative Class Counsel*

**THE MIGNOTT LAW GROUP LLC**
4945 Presidents Way
Tucker, Georgia 30084
(770) 621-5499 Office
(770) 621-5496 Fax
Lawyers@mignottlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **APPELLANTS' CERTIFICATE OF NO TRANSCRIPT** upon opposing counsel in this action by filing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the opposing counsel in this action as follows:

**Robert L. Goldstucker, Esq.**
**Patrick N. Arndt, Esq**
**Nall & Miller, LLP**
**235 Peachtree Street N.E.**
**Suite 1500 – North Tower**
**Atlanta, Georgia 30303-1418**

This 16th day of February, 2024.

*/s/Marsha W. Mignott, Esq.*
MARSHA W. MIGNOTT (141933).
*Attorney for Appellant and*
*Putative Class Counsel*

**THE MIGNOTT LAW GROUP LLC**
4945 Presidents Way
Tucker, Georgia 30084
(770) 621-5499 Office
(770) 621-5496 Fax
Lawyers@mignottlaw.com